1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  LINDA C. ALLISON, #179741
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA 95814
4  Tel: 916-498-5700/Fax 916-498-5710
   linda_allison@fd.org

Attorney for Defendant
SHONDA MAYSHACK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:18-CR-152-KJM |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO SEAL IEP REPORT** |
| vs. | ) |
| SHONDA MAYSHACK, | ) Date: March 18, 2019<br>) Time: 9:00 a.m.<br>) Judge: Hon. Kimberly J. Mueller |
| Defendant. | ) |

Plaintiff, United States of America, by and through Special Assistant United States Attorney, ROBERT J. ARTUZ, and Defendant, SHONDA MAYSHACK, though her attorney, Assistant Federal Defender LINDA C. ALLISON, of the Office of the Federal Defender, hereby stipulate to file the Individualized Education Program (IEP) Report, dated 2/14/19 and prepared by Sacramento County on behalf of Ms. Mayshack's six year old daughter under seal.

The reason for the sealing is that the IEP report contains private medical information about Ms. Mayshack's daughter that is protected under state and federal privacy laws. The report also contains identifying information of Ms. Mayshack and her daughter that is confidential. The parties agree that this stipulation and order satisfy the procedural requirements of notice and request in Local Rule 141.

/ / /

The government has already received a copy of the report. This stipulation and order may be filed in the publicly available case file.

Dated: March 15, 2019		Respectfully submitted,

		HEATHER E. WILLIAMS
		Federal Defender

		*/s/   Linda C. Allison*
		LINDA C. ALLISON
		Assistant to the Federal Defender
		Attorney for Defendant
		SHONDA MAYSHACK

Dated: March 15, 2019		McGREGOR W. SCOTT
		United States Attorney

		*/s/ Linda C. Allison for*
		ROBERT ARTUZ
		Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

DATED: March 18, 2019

_____
UNITED STATES DISTRICT JUDGE